

# Toby House, Inc.

**BOARD OF DIRECTORS**
*President*
　Gary Simons
*Vice President*
　Charlotte Smith
*Treasurer*
　Gary Melcher
*Secretary*
　Carole Kauffman

**Board Members**
　Toby Citron
　Frank Barber
　Junius Bowman
　Precious Simons
　Paula Kulina
　Sigmund Popko
　Jean Rehfeld
　Steve Abbit
　Debbie Gilman
　Susan Gilman
　Kip Micuda
　Alison Schroeder

**Executive Director**
　Raymond L. Grey

**Administrative Office**
　Toby House, Inc.
　1202 E. Maryland #2A
　Phoenix, AZ 85014
　(602) 234-3338
　(Fax) 234-3398

**Residential Services**
　Toby House
　303 W. Willetta
　Phoenix, AZ 85003
　(602) 257-1250
　(Fax) 254-9488

　Toby II
　1601 W. Desert Cove
　Phoenix, AZ 85029
　(602) 943-0726
　(Fax) 943-5911

　STAR
　313 E. Willetta
　Phoenix, AZ 85004
　(602) 252-0313
　(Fax) 252-6963

**Outpatient &**
**Vocational Services**
　3606 N. 16th Str.
　Phoenix, AZ 85016
　(602) 248-7094
　(Fax) 265-8216

September 22, 2003

Dear Mr. Bitz:

　　The attached progress notes regarding Mr. Gamez' stay at our Butler treatment site appear to speak to psychosis as the primary force that led to his violation of parole. As you can see from the notes, Mr. Gamez suffers from a myriad of symptoms related to his mental illness. It appears that the medical treatment he was receiving was not yet sufficiently controlling his symptoms. It is also noted that Mr. Gamez may be developing polydipsia. While Mr. Gamez did violate his parole, his statement that he went to his girlfriend's house because he was "freaking out" is probably related to his psychotic state.

　　The attached notes should help you understand what happened prior to and after his AWOL. If I can be of further service, please contact me.

Sincerely,

Raymond Grey, C.I.S.W.
Executive Director

*Adults with mental illness deserve a quality lifestyle that allows for health, happiness and peacefulness*
*Celebrating 20 years of community service*

**Exhibit A**

# TOBY HOUSE, INC.
## Phoenix, Arizona

## DISCHARGE/TRANSFER REPORT

**CLIENT NAME:** Thomas Joseph Gamez   **CLIENT ID # :** 0223800145
**PROGRAM:** Butler Group Home         **DISCHARGE** ✔   **TRANSFER** ☐
**DATE OF ADMISSION:** 04/24/03        **DATE OF DISCHARGE/TRANSFER:** 06/13/03
**FORWARDING ADDRESS:** C/O Federal Bureau of Prisons
**CITY:** Phoenix   **STATE:** AZ   **ZIP:** N/A   **PHONE:** (   ) N/A
**PSYCHIATRIST/CASE MANAGER/CLINIC ADDRESS:** O'Conner/ Jaquez/ 1300 N. Central
**CITY:** Phoenix   **STATE:** AZ   **ZIP:** 85004   **PHONE:** ( 602 ) 2519-0650

**DIAGNOSIS AT TIME OF ADMISSION:**

| AXIS I | 295.10 | AXIS I | 304.80 | AXIS II | V71.09 |
| AXIS III | 799.9 | AXIS IV | legal issues | AXIS V | 30 |

**DIAGNOSIS AT TIME OF DISCHARGE/TRANSFER:**

| AXIS I | 295.10 | AXIS I | 304.80 | AXIS II | V71.09 |
| AXIS III | 799.9 | AXIS IV | legal issues | AXIS V | 30 |

**REASON FOR DISCHARGE/TRANSFER:** Thomas violated Federal Probation on 06/12/03 and was incarcerated on 06/12/03. He was on "Level One Restriction" and he left the Value Options 1300 N. Central without supervision and remained absent.

**ASSESSMENT OF NEEDS/SKILLS AT TIME OF ADMISSION:** Thomas presented a need for community adjustment Med. compliance/education: education in symptoms recognition/management; stress recognition/management to improve coping skills.

**SUMMARY OF SERVICES PROVIDED:** Counseling and encouragement to persist with treatment compliance by attending and participating in Outpatient and Residential groups; stress management; symptoms management; relaxation; physical activities; anger management; self awareness; Residence provided assistance with budgeting instruction; prompts; and encouragement to support treatment compliance; community adjustment; probation

**ISSUES NOT RESOLVED DURING TREATMENT:** Thomas' increase in symptoms (i.e. heavier smoking, increased pacing activity, auditory hallucinations, and anxiety) during second week before Q 2 weeks Prolixin IM was not resolved, BID weigh-ins had not yet resolved issue of possible polydipsia. Nicotine addiction was not resolved.

**ACCOMPLISHMENTS RELATING TO THE TREATMENT PLAN:** Med. compliance was consistent without prompts/reminders. Thomas' self-awareness and symptoms recognition successfully initiated an emergency psychiatric appointment on 05/21/03.

**RECOMMENDATIONS FOR CONTINUING CARE PLAN:** Continuing care to be provided by Federal Bureau of Prisons.

**SIGNATURE:** _[signature]_   **PRINT NAME:** Stephen U. Davis   **DATE:** 6/13/03

II/D/3/a-1

# TOBY HOUSE, INC.
## Phoenix, Arizona

### COUNSELING NOTE

**CLIENT NAME:** Gomez, Thomas
**CLIENT ID #:** 0823900145

**DATE:** 6/10/03

- [x] Individual
- [ ] Family
- [ ] Group
- [ ] In-Office
- [ ] Out of Office, Location: _____
- [ ] Counseling    Time Value: _____
- [ ] ILS    Time Value: _____
- [ ] Personal Assistance    Time Value: _____
- [ ] Pre-Job Training    Time Value: _____

**Treatment Issues addressed:** _____

**Observed responses:** Ct went to bed at 11:30 p.m. and got up at 5:00 a.m. to smoke then at 6:00 ate breakfast.

**Plan:** _____

**Signature/Title/Date:** Michelle Espinoza ILSS 6/10/03  ☐ Additional comments on reverse

---

**DATE:** 6/11/03

- [x] Individual
- [ ] Family
- [ ] Group
- [ ] In-Office
- [ ] Out of Office, Location: _____
- [x] Counseling    Time Value: .25
- [ ] ILS    Time Value: _____
- [ ] Personal Assistance    Time Value: _____
- [ ] Pre-Job Training    Time Value: _____

**Treatment issues addressed:** Spoke 1:1 c̄ Thomas and discussed observation that during last 3-4 days before IM he becomes more actively verbal and he paces at faster rate and verbalizes to self more frequently obviously.

**Observed responses:** He stated he was alright and that "I got a heart" now (2 weeks ago he had no heart, just "pulp".

**Plan:** Continue to monitor/support

**Signature/Title/Date:** Skip Davis ILSS II  6/11/03  ☐ Additional comments on reverse

---

**DATE:** 06-11-03

- [ ] Individual
- [ ] Family
- [x] Group
- [x] In-Office
- [x] Counseling    Time Value: 0.5
- [ ] ILS    Time Value: _____
- [ ] Personal Assistance    Time Value: _____
- [ ] Pre-Job Training    Time Value: _____

**Treatment issues addressed:** S.A. prevent

**Observed responses:** Thomas needed ongoing prompts to participate but showed good understanding & completed his worksheet.

**Plan:** Continue engagement c̄ Tx group participation.

**Signature/Title/Date:** Tina [?] ILSS  06-11-03  ☐ Additional comments on reverse

II/C/2/a-1

**TOBY HOUSE, INC.**
Phoenix, Arizona

**COUNSELING NOTE**

CLIENT NAME: James, Thomas
CLIENT ID #: 0223800145

DATE: 6-11-03 (3-4p)

- [x] Individual    ☐ Family    ☐ Group
- [x] In-Office    ☐ Out of Office, Location: _____
- ☐ Counseling    Time Value: _____    ☐ Personal Assistance    Time Value: _____
- [x] ILS    Time Value: _____    ☐ Pre-Job Training    Time Value: _____

Treatment Issues addressed: ILS, socialization, med compliance

and med compliance

Observed responses: Thomas was indep c̄ ILS tasks. He soc'd briefly on + off c̄ peers. Ct attended group

Plan: Cont. Tx goals

Signature/Title/Date: Jan Felt ICSS 6/11/03    ☐ Additional comments on reverse

DATE: 6/11/03 (11-7)

- [x] Individual    ☐ Family    ☐ Group
- ☐ In-Office    ☐ Out of Office, Location: _____
- ☐ Counseling    Time Value: _____    ☐ Personal Assistance    Time Value: _____
- ☐ ILS    Time Value: _____    ☐ Pre-Job Training    Time Value: _____

Treatment issues addressed: _____

Observed responses: Ct slept until 5:00 a.m.

Plan: _____

Signature/Title/Date: Michelle Apenga ILSS 6/11/03    ☐ Additional comments on reverse

DATE: 6/12/03

- [x] Individual    ☐ Family    ☐ Group
- [x] In-Office    ☐ Out of Office, Location: _____
- [x] Counseling    Time Value: .25    ☐ Personal Assistance    Time Value: _____
- [x] ILS    Time Value: _____    ☐ Pre-Job Training    Time Value: _____

Treatment Issues addressed: 4/ Med compliance; ILS; nutrition; Probation compliance; Benefits and Payee: ct was redirected c̄ to Payee p̄ he'd asked for "my checks" to give to (m). Federal Probation Officer Alan Zamora

Observed responses: Ct accepted info re: payee. ō prompts to meds. Ct was transported to clinic and transferred to their supervision. He went AWOL

Plan: Contact Federal Marshall's office if he returns here: 382-8767

Signature/Title/Date: Skip Davis ILSS    6/12/03    [x] Additional comments on reverse

II/C/2/a-1

09/22/2003 15:32 FAX 602 234 3398   TOBY HOUSE INC   ☑006/008

## Counseling Note

**CLIENT NAME:** Gomez, Thomas
**CLIENT ID #:** 0223900145

| DATE | ADDITIONAL COMMENTS CONTINUED... |
|---|---|
| 6/12/03 2-3 (Cont.) | Mori said to insist on speaking w/ an officer to apprise that he's here. Mori Emmons (Federal P.O.) said she'd update us w/ name of Fed Marshall contact person. P.O.~ At approximately 12:30 pm P.O. apprised writer that Bureau of Prisons had issued a warrant for Thomas's arrest. Staff was cautioned to not apprise ct. of actions lest he escalate or run. Exct²o-If ct has shown up also apprise Kimber on Beeper. Once and if he's picked up ₹° by Phx Police and or Feds, appropriate paperwork to be done. ————— SKIP DAVIS LCSW |

Original 2/03

II/C/2/a-2

# TOBY HOUSE, INC.
## Phoenix, Arizona
### COUNSELING NOTE

CLIENT NAME: Gamez, Thomas
CLIENT ID #: 02238001145

DATE: 6-12-03 (3-11P)

- ☐ Individual  ☒ Family  ☐ Group
- ☐ In-Office  ☐ Out of Office, Location: _____
- ☐ Counseling  Time Value: _____   ☐ Personal Assistance  Time Value: _____
- ☐ ILS  Time Value: _____   ☐ Pre-Job Training  Time Value: _____

Treatment issues addressed: AWOL status

Observed responses: Ct currently AWOL from V.O. No contact. However, cts (M) T/c'd unaware of status & was advised

Plan: Contact Fed. Marshall upon ret. 382-8762

Signature/Title/Date: [signature] ICSS 6/12/03  ☐ Additional comments on reverse

---

DATE: 6/12/03 (11-7)

- ☐ Individual  ☐ Family  ☐ Group
- ☐ In-Office  ☐ Out of Office, Location: _____
- ☐ Counseling  Time Value: _____   ☐ Personal Assistance  Time Value: _____
- ☐ ILS  Time Value: _____   ☐ Pre-Job Training  Time Value: _____

Treatment issues addressed: AWOL - no contact

Observed responses: 

Plan: 

Signature/Title/Date: Michelle Espinoza ICSS 6/12/03  ☐ Additional comments on reverse

---

DATE: 6/13/0

- ☒ Individual  ☐ Family  ☐ Group
- ☐ In-Office  ☒ Out of Office, Location: _____
- ☒ Counseling  Time Value: .25   ☐ Personal Assistance  Time Value: _____
- ☐ ILS  Time Value: _____   ☐ Pre-Job Training  Time Value: _____

Treatment issues addressed: Federal probation violation; Thomas left V.O. clinic & designated supervision 6/12. Thomas was arrested at V.O. North Central this AM & staff there notified Phx Police

Observed responses: Ct showed up on foot this AM behind Outpt. Services; he was amenable to transport to clinic for Prolixin 1ml he missed

Plan: Discharge this date 2° probation violation

Signature/Title/Date: SKIP DAVIS ICSS II  6/13/03  ☒ Additional comments on reverse

II/C/2/a-1

## Counseling Note

CLIENT NAME: Gomez, Thomas
CLIENT ID #: 0223800145

| DATE | ADDITIONAL COMMENTS CONTINUED... |
|---|---|
| 6/13/03 (7-3) | Ct. was calm expressed he was "scared." When asked about yesterday he said he donno walked off because he was "freaking out." Reported he'd stayed c his girlfriend. Gave him info that P.O. had had to report violation and that a warrant had been issued for him to be picked up. Writer transported Thomas to U.O. 1300 N. Central Forensics clinic where Blue Dot Suzanne Shirleson contacted Phoenix Police (2° "explicit" instruction). Thomas was left in care of U.O. at 10:30 am. — SKIP DAVIS ILSS II |
| 6/13/03 | Per APC Discharge staffing was generated and faxed for signature to U.O. for D/C this date. 2° Federal Probation violations. Face sheet and updated c# were faxed to Toby M.O. — SKIP DAVIS ILSS II |
| 6/14/03 | Ct. funds were closed out and transported to M.O. Discharge/Transfer report was completed — SKIP DAVIS ILSS II |

Original 2/03

II/C/2/0-2