# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No.98-3234-CV-S-RED |
| | ) | |
| THOMAS GAMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

In accordance with the report and recommendation of the United States Magistrate Judge, it is hereby

ORDERED that defendant be, and is hereby, conditionally released under the following conditions:[1]

1. The defendant shall initially be placed at the Crisis Recovery Unit (CRU) for psychiatric assessment. While at CRU, defendant will have regular visits with his outpatient Value Options assigned Clinical Liaison and Case Manager.

2. The defendant shall enter mental health treatment with Value Options and establish residence at whatever mental health placement is deemed most appropriate by the evaluating clinicians at Value Options.

3. The defendant shall comply with all prescribed psychotropic medications, submit to any blood level tests made necessary by the medication, and participate in all mental health treatment and education ordered by his treating psychiatrist in the community.

4. While on outpatient status, should it at any time be deemed necessary by treating clinicians, the defendant may be returned to inpatient status at a community psychiatrist hospital treatment or medication adjustment.

---

[1] All parties have waived the statutory 10-day waiting period.

5. The defendant shall be prohibited from having any contact, direct or indirect, with Eric Thomas, the postal employee who was injured by the defendant's use of a weapon.

6. The defendant shall be prohibited from engaging in any criminal conduct during the course of this conditional release.

7. The defendant will be supervised by the United States probation office to ensure compliance with the conditions of release. Any changes in mental health service providers or residence must be approved by the assigned U. S. probation officer.

8. The medical provider may, at any time, recommend modification or elimination of the regimen of medical, psychiatric or psychological care or treatment, upon certification of this court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit adequate documentation supporting the request through the supervisory U S. probation officer and to the Civil Division of the U. S. attorney's office for the Western District of Missouri, for a determination as to whether a motion for release should be filed.

9. The director of the treatment facility shall prepare and submit to the U. S. probation officer an annual report regarding Mr. Gamez' course of treatment and current status.

10. The defendant shall not commit a federal, state, or local crime, and he shall notify his U. S. probation officer if he is arrested or questioned by any law enforcement officer. The defendant shall not associate with any person convicted of a felony, unless granted permission to do so from his U. S. probation officer.

                                                    */s/ Richard E. Dorr*
                                                    RICHARD E. DORR
                                                    United States District Judge

Date: August 4, 2004